# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DANIEL P. RUBEL
(212) 826-5324
drubel@zeklaw.com

WWW.ZEKLAW.COM

October 4, 2022

> *In light of the fact that discovery is not stayed pending the resolution of Defendant's motion to dismiss, the parties' request to adjourn an initial conference without date is DENIED. IT IS HEREBY ORDERED that the conference previously scheduled for October 13, 2022, shall be adjourned to October 20, 2022 at 11:00 a.m.*
>
> *Dated: October 5, 2022*
> *New York, New York*
>
> *SO ORDERED*
> *JENNIFER L. ROCHON*
> *United States District Judge*

**VIA ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007-1312

**Israel Academy of Sciences and Humanities v.
American Foundation for Basis Research in Israel
Case No. 1:22-cv-04810 (JLR)**

Dear Judge Rochon:

      We represent defendant American Foundation for Basic Research in Israel ("AFBRI") in the above-referenced action. As Your Honor is aware, on September 30, 2022, AFBRI filed a motion to dismiss Plaintiff's Amended Complaint. (ECF ##30-33) consistent with the Court approved briefing schedule. (ECF#27)

      We respectfully submit this letter-motion with the consent of counsel for plaintiff to request the adjournment of initial pretrial conference scheduled for October 13, 2022, and all submissions related thereto, to a date following the disposition of the pending motion to dismiss Plaintiff's Amended Complaint. We also wish to inform Your Honor that AFBRI's counsel will be out of town on October 13, 2022, due to the Jewish holidays. To the extent the Court wishes to proceed with the conference during the pendency of the motion to dismiss, both counsel would be available to appear for a conference on October 20, 2022. We appreciate the Court's attention to this request.

Respectfully submitted,

By: *Daniel P. Rubel*
Daniel P. Rubel

cc: John Leddy, Esq. (via ECF and email)

4860-5761-2854, v. 2

NEW YORK | NEW JERSEY | VIRGINIA | CONNECTICUT | WASHINGTON, D.C. | TEL AVIV