**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ISRAEL ACADEMY OF SCIENCES AND
HUMANITIES,

                      Plaintiff,

       -against-                                               22 **CIVIL** 4810 (ER)

                                                                 **JUDGMENT**

AMERICAN FOUNDATION FOR BASIC RESEARCH
IN ISRAEL, INC.,

                      Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 25, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        August 25, 2023

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                         **BY:**      *K. Mango*

                                                     **Deputy Clerk**